UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE M. BARKER,<br><br>    Plaintiff,<br><br>  v.<br><br>V.I.P. ADJUSTMENT BUREAU, INC.;<br>SAN DIEGO PAIN AND<br>REHABILITATION; and TOM<br>CORNETTO,<br><br>    Defendants. | Civil Action No.: 09-CV-1243-BTM-NLS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS THIRD-PARTY COMPLAINT** |
| TOM CORNETTO,<br><br>    Third-Party Plaintiff,<br><br>  v.<br><br>BRIAN GARRETT,<br><br>    Third-Party Defendant. | |

The Court hereby GRANTS the joint motion to dismiss the Third-Party Complaint. The Third-party Complaint is DISMISSED WITH PREJUDICE, with each side to bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: April 23, 2010

Hon. Barry Ted Moskowitz
United States District Judge

09-CV-1243-BTM-NLS